```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SILVIA JENKINS,

                    Plaintiff,
                                              No.5:05-CV-1457
           v.                                   (S.J. Scullin)

ONONDAGA SHERIFFS' DEPT.,

                    Defendant,
_____
```

APPEARANCES:                          OF COUNSEL:

SILVIA JENKINS
Plaintiff, Pro Se

ANTHONY RIVIZZIGNO                    CAROL L. RHINEHART
Onondaga County Attorney              Deputy County Attorney

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed March 31, 2006, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed March 31, 2006 is **ACCEPTED** in its

entirety, for the reasons stated therein; and it is further

   **ORDERED,** that the complaint in this action is **DISMISSED,** and it is further

   **ORDERED,** that the Clerk of the Court is to enter judgment in favor of the Defendant and close this case.

**IT IS SO ORDERED.**

DATED: April 25, 2006
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge